PfeifeR, J.,
concurring in part and dissenting in part.
{¶ 315} I concur in the affirmance of Thompson’s convictions. There is ample evidence to conclude beyond a reasonable doubt that Thompson committed the heinous crimes of which he was found guilty. None of Thompson’s propositions of law was adopted by the majority, nor should any have been. Nevertheless, I do not agree that a death sentence is warranted. Although it is a close call, upon independent weighing, I conclude that the mitigating circumstances, particularly Thompson’s history, character, and background, are sufficient to outweigh the aggravating circumstances. I would sentence Thompson to life without parole.
Lanzinger, J., concurs in the foregoing opinion.